UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>VIMEO, LLC,<br><br>    Defendant. | CASE NO. 6:15-CV-232 RWS-JDL<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL

Before the Court is Plaintiff Rothschild Broadcast Distribution Systems, LLC and Defendant Vimeo, LLC's Joint Motion to Dismiss.  The Court, having reviewed the motion, and being well-advised, finds that the motion should be and is GRANTED.  It is therefore

ORDERED that all claims asserted against Vimeo, LLC in the above-captioned action are DISMISSED WITH PREJUDICE.  Each party shall bear its own costs, expenses, and attorneys' fees.

SIGNED this 14th day of October, 2015.

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE

**ORDER OF DISMISSAL** – Solo Page